MAX MENCHER, as a Stockholder of the EMPIRE TITLE & GUARANTEE COMPANY, Suing on Behalf of Himself and All Others Similarly Situated, Appellant and Respondent, v. EDWARD A. RICHARDS and Others, Respondents and Appellants, and EMPIRE TITLE & GUARANTEE COMPANY and Another, Respondents.— Motion

for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.